■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HASSAN STEVENS, Appellant. [804 NYS2d 262]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered October 27, 2003, convicting him of sexual abuse in the first degree and sexual abuse in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt of the crimes of sexual abuse in the first degree and sexual abuse in the second degree is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Hines,* 97 NY2d 56 [2001]; *People v Gray,* 86 NY2d 10 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Schmidt, J.P., S. Miller, Santucci and Spolzino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE UMANZOR, Appellant. [804 NYS2d 264]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 10, 2004 (*People v Umanzor,* 7 AD3d 646 [2004]), affirming a judgment of the Supreme Court, Suffolk County, rendered October 31, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Cozier and Mastro, JJ., concur.